**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| **YASIR BEZIRGAN** | ) | |
| | ) | **Case No. 1:25-cv-12068** |
| ***Plaintiff*** | ) | |
| | ) | **Judge Joan H. Lefkow** |
| ***v.*** | ) | |
| | ) | **Magistrate Judge Heather K. McShain** |
| **UNUM LIFE INSURANCE COMPANY OF AMERICA** | ) | |
| | ) | |
| | ) | |
| ***Defendant*** | ) | |

**UNUM LIFE INSURANCE COMPANY OF AMERICA'S**
**MOTION FOR JUDGMENT**

Defendant, Unum Life Insurance Company of America ("Unum"), by its attorney, Jacqueline J. Herring of Hinshaw & Culbertson LLP, submits its Motion for Judgment on the Administrative Record, pursuant to Fed. R. Civ. P. 52(a) and the Employee Retirement Income Security Act of 1974, 29 U.S.C. §1001 *et seq*. ("ERISA"):

1. Plaintiff seeks payment of disability benefits under an employee welfare benefit plan ("Plan") and continued life insurance with waiver of premium ("LWOP") under group life insurance policies ("Life Policies") that are governed by ERISA and insured by Unum.

2. Plaintiff failed to satisfy his burden of proving entitlement to payment of additional disability benefits under the Plan or continued life insurance coverage and LWOP under the Life Policies. Plaintiff fails to satisfy the Plan terms for payment of disability benefits or the Life Policies' requirements for LWOP. Accordingly, judgment should be entered in favor of Unum, and Unum should be awarded its costs and reasonable attorneys' fees under 29 U.S.C. §1132(g) and the Federal Rules of Civil Procedure.

WHEREFORE, Defendant Unum Life Insurance Company of America respectfully requests entry of judgment in its favor and against Plaintiff on all claims in Plaintiff's Complaint,

dismissal of Plaintiff's Complaint with prejudice, and an award to Unum of its costs and attorneys' fees pursuant to the Federal Rules of Civil Procedure and 29 U.S.C. §1132(g).

Respectfully submitted,

By: _/s/ Jacqueline J. Herring_
Attorney for Defendant,
Unum Life Insurance Company of America

Jacqueline J. Herring (IL-6282246)
HINSHAW & CULBERTSON LLP
151 North Franklin St., Suite 2500
Chicago, Illinois 60606
P 312.704.3975 | F 312.704.3001
JHerring@hinshawlaw.com

**CERTIFICATE OF SERVICE**

I certify that on August 27, 2026, I electronically filed the foregoing with the Clerk of the above Court using the CM/ECF system, which will send notification of such filing on the following attorneys:

Michael Bartolic
Bartolic Law
180 West Washington Street, Suite 700
Chicago, Illinois 60602
michael@bartoliclaw.com

*/s/ Jacqueline J. Herring*
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
P 312.704.3975 | F 312.704.3001
JHerring@hinshawlaw.com
Ill. Bar No. 6282246